**Order entered September 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00157-CV

**CBIF LIMITED PARTNERSHIP, COLUMBIA AIRPORT, LLC, AND STEVE FLORY, Appellants**

**V.**

**TGI FRIDAY'S INC., LBD CORPORATION, TGIF/DFW PARTNER, LLC, TGIF/DFW MANAGER, LLC, TGIF/DFW TERMINAL A RESTAURANT JOINT VENTURE, DOMAIN ENTERPRISES, INC., TGIF/DFW RESTAURANT JOINT VENTURE, LOUIS STURNS, NORMA ROBY, ERMA JOHNSON HADLEY, RSH CONCESSIONS, LLC, DOMAIN ENTERPRISES DFW LIMITED PARTNERSHIP, AND TSQF LIMITED PARTNERSHIP, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04730**

## ORDER

Appellees TGI Friday's Inc., LBD Corporation, TGIF/DFW Partner, LLC, TGIF/DFW Manager, LLC, TGIF/DFW Terminal A Restaurant Joint Venture, TGIF/DFW Restaurant Joint Venture, Domain Enterprises, Inc., and Domain Enterprises DFW Limited Partnership's September 6, 2016 motion seeking leave to file a sur-reply brief is **GRANTED**, and the sur-reply brief submitted on September 6, 2016 is **ORDERED** filed as of that date.

/s/     MOLLY FRANCIS
          PRESIDING JUSTICE